**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Ivan Ray Begay,<br><br>　　　　　Defendant. | No. CR-00-01222-PCT-PGR<br>　　　CV-13-08216-PHX-PGR<br><br>Ninth Cir. No. 15-16324<br><br><u>ORDER</u> |

　　　Pursuant to the Ninth Circuit Appellate Commissioner's order entered on July 6, 2015 (Doc. 2 in 15-16324),

　　　IT IS ORDERED that no certificate of appealability shall issue regarding the Court's order entered on June 19, 2015 (Doc. 85) because jurists of reason would not find it debatable whether the defendant's Motion to Receive Notification of Right to Appeal Pursuant to Fed.R.Crim.P. 32(J)(1)(B) (Doc. 84) stated a valid claim of the denial of a constitutional right and jurists of reason would not find it debatable whether the Court was correct in its procedural ruling.

　　　DATED this 7th day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge